UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
F I L E D
OCT 15 2020
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                    INDICTMENT NO. 5:20-CR-114-KKC-MAS

SIERRA N. STEWART

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 844(e)

On or about April 14, 2019, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**SIERRA N. STEWART**

maliciously conveyed false information concerning an alleged attempt to be made to kill and injure individuals and to unlawfully damage and destroy a building by means of an explosive, knowing the same to be false, through the use of an instrument of interstate commerce, to wit, by transmitting a message to an internet community associated with a University of Kentucky neuropharmacology class through the GroupMe application under the name "Jaye Brewster," and stating, "Ill blow class and school off the map [expletive]," all in violation of 18 U.S.C. § 844(e).

## COUNT 2
## 18 U.S.C. § 844(e)

On or about April 14, 2019, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

### SIERRA N. STEWART

maliciously conveyed false information concerning an alleged attempt to be made to kill and injure individuals and to unlawfully damage and destroy a building by means of an explosive, knowing the same to be false, through the use of an instrument of interstate commerce, to wit, by transmitting a message to a community associated with Scottsburg Middle School in Scottsburg, Indiana, through the Facebook Messenger application under the name "Linda Stanley," and stating, "Hope no one has school tomorrow. Ill blow it off the map," all in violation of 18 U.S.C. § 844(e).

## COUNT 3
## 18 U.S.C. § 844(e)

On or about April 15, 2019, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

### SIERRA N. STEWART

maliciously conveyed false information concerning an alleged attempt to be made to kill and injure individuals and to unlawfully damage and destroy a building by means of an explosive, knowing the same to be false, through the use of an instrument of interstate commerce, to wit, by transmitting a message to a community associated with Scottsburg Middle School in Scottsburg, Indiana, through the Facebook Messenger application under

the name "Linda Stanley," and stating, "I mean it. Ill send a bomb," referring to Scottsburg Middle School in Scottsburg, Indiana, all in violation of 18 U.S.C. § 844(e).

A TRUE BILL

FOREPERSON

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1-3:** Imprisonment for not more than 10 years, fine of not more than $250,000, and supervised release for not more than 3 years.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.