UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL NO. 5:20-CR-00114-KKC-MAS |
| SIERRA STEWART | DEFENDANT |

NOTICE OF INTENT TO PRESENT AN INSANITY DEFENSE UNDER FED. R. CRIM. P. 12.2

Comes now the defendant, through counsel, to hereby give notice to the government that the defendant intends to introduce expert evidence relating to a mental disease or defect or any other mental condition of the defendant bearing on the issue of guilt, including the negating of mens rea. Defense counsel has already provided the government with reports from two expert psychiatrists that may be called as witnesses at trial.

Respectfully submitted,

/s/ Bradley Clark
Bradley Clark
Counsel for Sierra Stewart
Suhre and Associates
333 W. Vine St.
Lexington, Kentucky 40507
Ph: (859) 474-0001
bclark@suhrelaw.com

CERTIFICATE OF SERVICE

I hereby certify that on November 25th, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the Hon. Andrew T. Boone, Assistant United States Attorney.

*/s/ Bradley Clark*
Bradley Clark
Counsel for Sierra Stewart